229 F.2d 317
 Roseanna CONTI, Respondent-Appellant,
v.
Morris VOLPER, Trustee of Gondola Associates, Inc., Bankrupt, Petitioner-Appellee.
 No. 165.
 Docket 23795.
 United States Court of Appeals Second Circuit.
 Submitted December 14, 1955.
 Decided January 11, 1956.
 
 Edward J. McCann, Brooklyn, N. Y., for respondent-appellant.
 Levin & Weintraub, New York City (Benjamin Weintraub and Howard N. Beldock, New York City, of counsel), for petitioner-appellee.
 Before CLARK, Chief Judge, and MEDINA and WATERMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Constance v. Harvey, 2 Cir., 1954, 215 F.2d 571, reluctantly followed by Judge Byers, may seem to reach an inequitable result, but Section 70, sub. c, of the Bankruptcy Act, 11 U.S.C.A. § 110, sub. c, provides: "The trustee, as to all property, whether or not coming into possession or control of the court, upon which a creditor of the bankrupt could have obtained a lien by legal or equitable proceedings at the date of bankruptcy, shall be deemed vested as of such date with all the rights, remedies, and powers of a creditor then holding a lien thereon by such proceedings, whether or not such a creditor actually exists"; and it is difficult to see how such plain language could be disregarded.
 
 
 2
 Affirmed.